UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

_____
In re:                                              )
                                                    )        Chapter 11
WHISPERING PINES ESTATES, INC DBA                   )
THE PINES AT EDGEWOOD CENTRE                        )        Case No. 05-56003-MWV
                                                    )
        Debtor                                      )
_____)

## AMENDMENT TO VOLUNTARY PETITION

**NOW COMES** Whispering Pines Estates, Inc. dba The Pines at Edgewood Centre (Debtor), through counsel, pursuant to Bankruptcy Rule 1009, and hereby amends its voluntary petition to correct inadvertent errors in the original filing of Debtor's petition.  The Debtors state as follows:

Chapter 11 Debtors should listed as *Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).*

                                        Respectfully submitted,

                                        Whispering Pines Estates Inc dba The Pines
                                         at Edgewood Centre

Date:   December 14, 2005           By: /s/ David Ramsey
                                         David Ramsey, President

                                        And By their Attorneys,

                                        BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: December 14, 2005             By:    /s/ Jennifer Rood
                                         Jennifer Rood   BNH 01395
                                         P.O. Box 1120
                                         Manchester, NH 03105-1120
                                         603/623-8700    jrood@bssn.com

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been electronically mailed to the following parties:

United States Trustee
U.S. Dept of Justice
66 Hanover St. Suite 302
Manchester, NH  03101

R. Carl Anderson, Esquire
Sulloway & Hollis, PLLC
9 Capitol Street, P.O. Box 1256
Concord, New Hampshire 03302-1256

Bruce Harwood, Esquire
Sheehan Phinney Bass + Green
PO Box 3701
Manchester, NH 03105-3701

Chantalle R. Forgues, Esquire
Sulloway & Hollis, PLLC
9 Capitol Street
Concord, NH 03301

Keith J. Cunningham, Esquire
Pierce Atwood, LLP
One Monument Square
Portland, ME 04101

I hereby certify that a copy of the foregoing has been mailed, first class, postage prepaid to the following parties

Patrick Ankuda, Esquire
Parker & Ankuda PC
52 Elm Hill Street
Springfield, VT 05156


Pioneer Capital Corporation
c/o Drummond & Drummond, LLP
One Monument Way
Portland, Maine 04101
Jon Eggleston, Esquire

Eggleston Cramer
150 South Champlain Street
P.O. Box 1489
Burlington VT 05402

Gregory A. Cross, Esquire
Heather Deans Foley, Esquire
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201

IRS
Special Procedures Division
80 Daniel Street
Portsmouth, NH 03801

Small Business/Self-Employed
Courthouse Plaza
199 Main Street
Suite 300
Burlington, VT 05401

20 Largest Creditors

| | |
|---|---|
| Date:   December 14, 2005 | By:   /s/ Jennifer Rood |
| | Jennifer Rood |