Official Form 7
(10/05)

# United States Bankruptcy Court
## District of New Hampshire

In re  **Whispering Pines Estate, Inc.**

Debtor(s)

Case No.  **05-56003**

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $510,876.00 | **Assisted Living Facility Rent**<br>**01/01/05 - present** |
| $613,813.00 | **Assisted Living Facility Rent**<br>**01/01/04 - 12/31/04** |
| $519,619.00 | **Assisted Living Facility Rent**<br>**01/01/03 - 12/31/03** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Please See Attached** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **IRS** | **Levy, Subpoena for records in 2005** | **Portsmouth, NH** | **Stayed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bernstein Shur**<br>**PO Box 1120**<br>**Manchester, NH 03105-1120** | **November 15, 2005** | **$10,000** |

4

**10. Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                             NAME USED                                             DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Debbie Wentworth**<br>**127 Shaker Road**<br>**Gray, ME 04039** | **01/01/03 - Present** |
| **Kittell Branagan & Sargent**<br>**154 North Main Street**<br>**Saint Albans, VT 05478** | **01/01/03 - Present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

7

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank North** | **2003-2005** |
| **Crown Investments** | **2003-2005** |
| **Avatar Financial Group, LLC** | **2003-2005** |
| **100 Wall Street** | |
| **Seattle, WA 98121** | |
| **MIG Incorporated** | **2003-2005** |
| **Mortgage Traders** | **2003-2005** |

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Ramsey** | **President and Treasurer** | **100%** |
| **PO Box 900** | | |
| **York Harbor, ME 03911** | | |

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Please See Attached** | | |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December 20, 2005**          Signature **/s/ David M. Ramsey**

                                                     **David M. Ramsey**
                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

4:24 PM
12/19/05
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Fleet York** | | | | | | |
| Bill Pmt -Check | 8/26/2005 | 2068 | Northern Utilities | | Accou... | -654.02 |
| Bill Pmt -Check | 8/29/2005 | 2071 | Hampshire Fire Prot... | | Accou... | -150.00 |
| Bill Pmt -Check | 8/29/2005 | 2072 | Seacoast Newspapers | | Accou... | -54.08 |
| Bill Pmt -Check | 8/31/2005 | 2074 | Comcast | 8773201100... | Accou... | -305.85 |
| Bill Pmt -Check | 8/1/2005 | 2094 | City of Portsmouth | 305100000-01 | Accou... | -1,463.80 |
| Bill Pmt -Check | 9/7/2005 | 2102 | Kittell Branagan Sar... | | Accou... | -3,930.00 |
| Bill Pmt -Check | 9/13/2005 | 2123 | Delta Dental | | Accou... | -383.60 |
| Bill Pmt -Check | 9/13/2005 | 2124 | Public Service Of NH | | Accou... | -676.13 |
| Bill Pmt -Check | 9/23/2005 | 2150 | Northern Utilities | | Accou... | -851.35 |
| Bill Pmt -Check | 9/28/2005 | 2154 | Verizon | | Accou... | -1,041.62 |
| Bill Pmt -Check | 10/4/2005 | 2163 | Pine Tree Waste Inc. | 36-33025 9 | Accou... | -290.33 |
| Bill Pmt -Check | 10/5/2005 | 2165 | Hampshire Fire Prot... | | Accou... | -1,880.00 |
| Bill Pmt -Check | 10/14/2005 | 2182 | Delta Dental | | Accou... | -412.40 |
| Bill Pmt -Check | 10/14/2005 | 2183 | Public Service Of NH | | Accou... | -838.14 |
| Bill Pmt -Check | 10/28/2005 | 2194 | Anthem BCBS | 134640700000... | Accou... | -1,327.84 |
| Bill Pmt -Check | 10/28/2005 | 2195 | Comcast | 8773201100... | Accou... | -400.20 |
| Bill Pmt -Check | 11/9/2005 | 2210 | Public Service Of NH | | Accou... | -672.60 |
| **Total Fleet York** | | | | | | -15,341.76 |
| **TOTAL** | | | | | | -16,341.76 |

SFA #3

4:26 PM
12/19/05
Accrual Basis

## Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Due from David Ramsey** | | | | | | |
| Check | 11/19/2004 | | David M. Ramsey | Petco | Fleet York | 74.97 |
| Check | 11/19/2004 | | David M. Ramsey | Greensleeves | Fleet York | 66.40 |
| Check | 11/19/2004 | | David M. Ramsey | Hudson News | Fleet York | 87.50 |
| Check | 11/20/2004 | | David M. Ramsey | Saks | Fleet York | 91.27 |
| Check | 11/24/2004 | | David M. Ramsey | Greensleeves | Fleet York | 80.90 |
| Check | 11/25/2004 | | David M. Ramsey | Fed Cigar | Fleet York | 76.10 |
| Check | 11/26/2004 | | David M. Ramsey | Le Boutique | Fleet York | 140.00 |
| Check | 11/26/2004 | | David M. Ramsey | Hudson News | Fleet York | 179.50 |
| Check | 11/29/2004 | | David M. Ramsey | York Harbor | Fleet York | 87.94 |
| Check | 12/1/2004 | 1398 | David M. Ramsey | Fed Cigar | Fleet York | 500.00 |
| Check | 12/2/2004 | | David M. Ramsey | Pollack and S... | Fleet York | 293.90 |
| Check | 12/3/2004 | 1415 | David M. Ramsey | Fed Cigar | Fleet York | 4,500.00 |
| Check | 12/3/2004 | | David M. Ramsey | Animal Hospital | Fleet York | 389.36 |
| Check | 12/3/2004 | | Restaurant | Greensleeves | Fleet York | 74.25 |
| Check | 12/3/2004 | | Restaurant | Fazio | Fleet York | 62.85 |
| Check | 12/4/2004 | | Restaurant | Brunos | Fleet York | 102.89 |
| Check | 12/4/2004 | | Restaurant | SVK | Fleet York | 72.45 |
| Check | 12/5/2004 | | David M. Ramsey | Harraseeket | Fleet York | 55.28 |
| Check | 12/5/2004 | | David M. Ramsey | Retail Store | Fleet York | 478.70 |
| Check | 12/5/2004 | | David M. Ramsey | Burberry | Fleet York | 395.65 |
| Check | 12/5/2004 | | David M. Ramsey | Burberry | Fleet York | 103.95 |
| Check | 12/5/2004 | | David M. Ramsey | Retail Store | Fleet York | 174.83 |
| Check | 12/7/2004 | | David M. Ramsey | BR Outlet | Fleet York | 360.51 |
| Check | 12/8/2004 | | David M. Ramsey | Entertainment... | Fleet York | 7.00 |
| Check | 12/8/2004 | 1423 | David M. Ramsey | | Fleet York | 5,000.00 |
| Check | 12/8/2004 | | Restaurant | | Fleet York | 76.65 |
| Check | 12/9/2004 | | Restaurant | Fosters | Fleet York | 68.96 |
| Check | 12/9/2004 | | Restaurant | | Fleet York | 307.00 |
| Check | 12/10/2004 | 1438 | David M. Ramsey | Brooks Bros | Fleet York | 1,000.00 |
| Check | 12/10/2004 | 1439 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 12/10/2004 | | Restaurant | | Fleet York | 324.35 |
| Check | 12/10/2004 | | Restaurant | | Fleet York | 51.15 |
| Check | 12/11/2004 | | David M. Ramsey | Pacific Sun | Fleet York | 398.43 |
| Check | 12/11/2004 | | David M. Ramsey | Cole Haan | Fleet York | 374.33 |
| Check | 12/12/2004 | | David M. Ramsey | North face | Fleet York | 519.71 |
| Check | 12/12/2004 | 1444 | David M. Ramsey | Cole Haan | Fleet York | 821.63 |
| Check | 12/12/2004 | 1460 | David M. Ramsey | | Fleet York | 300.00 |
| Check | 12/17/2004 | 1461 | David M. Ramsey | | Fleet York | 5,000.00 |
| Check | 12/17/2004 | | David M. Ramsey | Putnam | Fleet York | 750.00 |
| Check | 12/17/2004 | | David M. Ramsey | Tiffany | Fleet York | 760.80 |
| Check | 12/18/2004 | | David M. Ramsey | Burberry | Fleet York | 309.76 |
| Check | 12/21/2004 | | David M. Ramsey | Marriott | Fleet York | 280.35 |
| Check | 12/21/2004 | | David M. Ramsey | Marriott | Fleet York | 240.03 |
| Check | 12/23/2004 | | David M. Ramsey | Country Noel | Fleet York | 69.30 |
| Check | 12/23/2004 | | David M. Ramsey | Fox Run Mall | Fleet -1711 | 227.00 |
| Check | 12/27/2004 | | Restaurant | Uno | Fleet York | 80.48 |
| Check | 12/27/2004 | | David M. Ramsey | Longs | Fleet York | 237.50 |

SFA #23

Dec-15-05 04:46p    DAVID RAMSEY                    5637216              p.9

4:28 PM
12/18/05
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 12/27/2004 | AMI | David M. Ramsey | Abercrombie | Fleet York | 88.21 |
| Check | 12/27/2004 | AMI | David M. Ramsey | American Gre... | Fleet -1711 | 34.39 |
| Check | 12/30/2004 |  | David M. Ramsey | Petco | Fleet York | 21.29 |
| General Journal | 12/31/2004 |  |  |  | Accum A... | -24,206.70 |
| General Journal | 1/2/2005 |  |  |  | Accounts ... | 8,876.18 |
| Check | 1/4/2005 | 1500 | David M. Ramsey | Petco | Fleet York | 800.00 |
| Check | 1/5/2005 | 1503 | David M. Ramsey | Petco | Fleet York | 1,500.00 |
| Check | 1/6/2005 |  | David M. Ramsey | Entertainment... | Fleet York | 7.00 |
| Check | 1/7/2005 | 1527 | David M. Ramsey | Petco | Fleet York | 2,500.00 |
| Check | 1/7/2005 | 1528 | David M. Ramsey | Petco | Fleet York | 750.00 |
| Check | 1/11/2005 | 1540 | David M. Ramsey |  | Fleet York | 1,000.00 |
| Check | 1/12/2005 | 1543 | David M. Ramsey |  | Fleet York | 400.00 |
| Check | 1/14/2005 | 1544 | David M. Ramsey |  | Fleet York | 1,000.00 |
| Check | 1/18/2005 |  | David M. Ramsey | North Conway | Fleet York | 707.42 |
| Check | 1/20/2005 | 1581 | David M. Ramsey |  | Fleet York | 250.00 |
| Check | 1/20/2005 | 1582 | David M. Ramsey |  | Fleet York | 200.00 |
| Check | 1/22/2005 |  | Restaurant |  | Fleet York | 52.23 |
| Check | 1/25/2005 | 1566 | David M. Ramsey | Rubys | Fleet York | 169.04 |
| Check | 1/28/2005 |  | David M. Ramsey | Sake | Fleet York | 400.00 |
| Check | 2/1/2005 | 1585 | David M. Ramsey | TJ Maxx | Fleet York | 192.93 |
| Check | 2/1/2005 | 1586 | David M. Ramsey | TJ Maxx | Fleet York | 300.00 |
| Check | 2/2/2005 | phone | David M. Ramsey | TJ Maxx | Fleet York | 300.00 |
| Check | 2/3/2005 |  | David M. Ramsey |  | Fleet York | 387.17 |
| Check | 2/4/2005 | 1602 | David M. Ramsey | Morong | Fleet York | 3,500.00 |
| Check | 2/5/2005 |  | David M. Ramsey | Weathervane | Fleet York | 86.11 |
| Check | 2/7/2005 | 1603 | David M. Ramsey |  | Fleet York | 1,600.00 |
| Check | 2/7/2005 |  | David M. Ramsey |  | Fleet York | 7.00 |
| Check | 2/8/2005 | 1604 | David M. Ramsey | Entertainment... | Fleet York | 400.00 |
| Check | 2/9/2005 | 1606 | David M. Ramsey |  | Fleet York | 1,500.00 |
| Check | 2/10/2005 | 1622 | David M. Ramsey |  | Fleet York | 300.00 |
| Check | 2/10/2005 | 1624 | David M. Ramsey |  | Fleet York | 300.00 |
| Check | 2/10/2005 |  | David M. Ramsey | Federal Cigar | Fleet York | 48.15 |
| Check | 2/10/2005 |  | LL Bean |  | Fleet York | 139.60 |
| Check | 2/11/2005 |  | LL Bean |  | Fleet York | 208.85 |
| Check | 2/11/2005 | 1625 | David M. Ramsey | Muddy Rudder | Fleet York | 1,500.00 |
| Check | 2/11/2005 |  | David M. Ramsey | Joshua Gear | Fleet York | 55.68 |
| Check | 2/11/2005 |  | David M. Ramsey | Best Buy | Fleet York | 150.00 |
| Check | 2/11/2005 |  | David M. Ramsey | Fazio | Fleet York | 148.00 |
| Check | 2/14/2005 |  | David M. Ramsey | York Harbor | Fleet York | 17.12 |
| Check | 2/16/2005 | 1631 | David M. Ramsey | Fazio | Fleet York | 300.00 |
| Check | 2/16/2005 |  | Restaurant |  | Fleet York | 73.27 |
| Check | 3/4/2005 |  | Restaurant | Freedom Salon | Fleet York | 182.30 |
| Check | 3/4/2005 |  | David M. Ramsey | Old Navy | Fleet York | 147.58 |
| Check | 3/4/2005 |  | David M. Ramsey | Greensleeves | Fleet York | 81.65 |
| Check | 3/7/2005 |  | David M. Ramsey | Banana Repu... | Fleet York | 75.58 |
| Check | 3/7/2005 | 1680 | David M. Ramsey | Fazio | Fleet York | 500.00 |
| Check | 3/9/2005 |  | David M. Ramsey | Entertainment... | Fleet York | 7.00 |

4:26 PM
12/19/05
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 3/11/2005 | 1698 | David M. Ramsey | Fazio | Fleet York | 1,500.00 |
| Check | 3/11/2005 | | David M. Ramsey | Time Warner | Fleet York | 610.57 |
| Check | 3/12/2005 | | David M. Ramsey | Macys | Fleet York | 32.95 |
| Check | 3/14/2005 | 1700 | David M. Ramsey | Fazio | Fleet York | 1,000.00 |
| Check | 3/16/2005 | 1702 | David M. Ramsey | Fazio | Fleet York | 600.00 |
| Check | 3/21/2005 | | David M. Ramsey | Hudson News | Fleet York | 139.00 |
| Check | 4/1/2005 | | David M. Ramsey | Petco | Fleet York | 54.99 |
| Check | 4/4/2005 | 1749 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 4/4/2005 | 1751 | David M. Ramsey | | Fleet York | 2,500.00 |
| Check | 4/4/2005 | 1750 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 4/8/2005 | 1770 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 4/8/2005 | | Restaurant | Greensleeves | Fleet York | 54.25 |
| Check | 4/8/2005 | | Restaurant | Entertainment... | Fleet York | 7.00 |
| Check | 4/9/2005 | | Restaurant | Entertainment... | Fleet York | 135.68 |
| Check | 4/9/2005 | | Restaurant | J Ellens | Fleet York | 27.00 |
| Check | 4/11/2005 | 1774 | David M. Ramsey | J Ellens | Fleet York | 2,100.00 |
| Check | 4/11/2005 | 1773 | David M. Ramsey | | Fleet York | 250.00 |
| Check | 4/11/2005 | 1772 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 4/11/2005 | | Restaurant | Grittys | Fleet York | 27.12 |
| Check | 4/13/2005 | 1785 | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 4/14/2005 | 1799 | David M. Ramsey | | Fleet York | 1,200.00 |
| Check | 4/15/2005 | 1801 | David M. Ramsey | | Fleet York | 1,500.00 |
| Check | 4/17/2005 | 1802 | David M. Ramsey | | Fleet York | 1,000.00 |
| General Journal | 4/19/2005 | | Eldredge Lumber | | Fleet York | -150.67 |
| Check | 4/20/2005 | 1806 | David M. Ramsey | Maintenan... | Fleet York | 350.00 |
| Check | 4/20/2005 | 1807 | David M. Ramsey | | Fleet York | 250.00 |
| Check | 4/20/2005 | 1820 | David M. Ramsey | | Fleet York | 300.00 |
| Check | 4/22/2005 | | Restaurant | Sale | Fleet York | 86.79 |
| Check | 4/25/2005 | 1822 | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 4/25/2005 | 1823 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 4/30/2005 | 1845 | David M. Ramsey | | Fleet -1711 | 400.00 |
| Check | 5/1/2005 | 1864 | David M. Ramsey | Blockbuster | Fleet York | 10.18 |
| Check | 5/9/2005 | 1865 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 5/9/2005 | | Restaurant | Entertainment... | Fleet York | 1,500.00 |
| Check | 5/9/2005 | | Restaurant | Greensleeves | Fleet York | 7.00 |
| Check | 5/10/2005 | 1868 | David M. Ramsey | | Fleet York | 81.05 |
| Check | 5/10/2005 | phone | David M. Ramsey | | Fleet York | 2,000.00 |
| Check | 5/14/2005 | | Restaurant | Natashas | Fleet York | 190.85 |
| Check | 5/17/2005 | | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 5/17/2005 | | Restaurant | Bos'n | Fleet York | 104.28 |
| Check | 5/18/2005 | | Restaurant | Weathervane | Fleet York | 79.01 |
| Check | 5/19/2005 | | Restaurant | Ralph Lauren | Fleet York | 208.90 |
| Check | 5/30/2005 | | Restaurant | Bos'n | Fleet York | 92.59 |
| Check | 8/2/2005 | 1932 | David M. Ramsey | Ralph Lauren | Fleet York | 300.00 |
| Check | 8/9/2005 | 1933 | David M. Ramsey | VOID: Ralph ... | Fleet York | 0.00 |
| Check | 6/17/2005 | | Restaurant | Ent rewards | Fleet York | 7.00 |
| Check | 6/17/2005 | | Restaurant | Greensleeves | Fleet York | 59.10 |

4:26 PM
12/19/05
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 6/19/2005 | | Restaurant | J Ellens | Fleet York | 141.77 |
| Check | 6/24/2005 | | Restaurant | Greensleeves | Fleet York | 59.65 |
| Check | 7/6/2005 | | Restaurant | Greensleeves | Fleet York | 59.10 |
| Check | 7/18/2005 | | Restaurant | Haddock Jacks | Fleet York | 72.10 |
| Check | 7/18/2005 | | Restaurant | Haddock Jacks | Fleet York | 64.75 |
| Check | 7/23/2005 | | Restaurant | Bella Luna | Fleet York | 90.98 |
| Check | 8/5/2005 | 2031 | David M. Ramsey | Ent rewards | Fleet York | 500.00 |
| Check | 8/5/2005 | 2032 | David M. Ramsey | Ent rewards | Fleet York | 500.00 |
| Check | 8/6/2005 | | David M. Ramsey | Hudson News | Fleet York | 82.90 |
| Check | 8/7/2005 | | Restaurant | Smokey Bones | Fleet York | 54.95 |
| Check | 8/7/2005 | | Restaurant | Cap'n Simeons | Fleet York | 98.09 |
| Check | 8/8/2005 | 2033 | David M. Ramsey | EMS | Fleet York | 100.00 |
| Check | 8/10/2005 | 2039 | David M. Ramsey | Ent rewards | Fleet York | 1,300.00 |
| Check | 8/11/2005 | | Restaurant | | Fleet York | 2,000.00 |
| Check | 8/12/2005 | 2054 | David M. Ramsey | Applebees | Fleet York | 90.11 |
| Check | 8/13/2005 | 2056 | David M. Ramsey | | Fleet York | 2,000.00 |
| Check | 8/18/2005 | | David M. Ramsey | | Fleet York | 400.00 |
| Check | 8/18/2005 | | Restaurant | | Fleet York | 7.00 |
| Check | 8/25/2005 | | Restaurant | | Fleet York | 58.49 |
| Check | 8/27/2005 | 2069 | David M. Ramsey | Rubys | Fleet York | 44.94 |
| Check | 8/28/2005 | | David M. Ramsey | Fazio | Fleet York | 250.00 |
| Check | 8/28/2005 | | David M. Ramsey | Entertainment... | Fleet York | 437.86 |
| Check | 8/28/2005 | 2070 | David M. Ramsey | Marshalls | Fleet York | 66.78 |
| Check | 8/31/2005 | 2076 | David M. Ramsey | Starbucks | Fleet York | 84.00 |
| Check | 9/1/2005 | | David M. Ramsey | TJ Maxx | Fleet York | 500.00 |
| Check | 9/2/2005 | 2095 | David M. Ramsey | Entertainment... | Fleet York | 500.00 |
| Check | 9/2/2005 | 2096 | David M. Ramsey | | Fleet York | 10,000.00 |
| Check | 9/3/2005 | 2097 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 9/6/2005 | 2098 | David M. Ramsey | | Fleet York | 300.00 |
| Check | 9/6/2005 | | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 9/6/2005 | | David M. Ramsey | Old Port Trad... | Fleet York | 240.00 |
| Check | 9/7/2005 | 2100 | Marshalls | | Fleet York | 299.60 |
| Check | 9/7/2005 | 2101 | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 9/9/2005 | 2119 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 9/9/2005 | 2120 | David M. Ramsey | | Fleet York | 400.00 |
| Check | 9/12/2005 | 2122 | David M. Ramsey | | Fleet York | 600.00 |
| Check | 9/12/2005 | | Restaurant | | Fleet York | 1,500.00 |
| Check | 9/12/2005 | | David M. Ramsey | Bos'n Landing | Fleet York | 117.16 |
| Check | 9/12/2005 | | Marshalls | | Fleet York | 55.69 |
| Check | 9/12/2005 | | Marshalls | | Fleet York | 39.99 |
| Check | 9/16/2005 | 2140 | Eldredge Lumber | | Fleet York | 198.31 |
| Check | 9/18/2005 | | Restaurant | Lobster Cove | Fleet York | 149.90 |
| Check | 9/18/2005 | | David M. Ramsey | Hudson News | Fleet York | 103.75 |
| Check | 9/19/2005 | | David M. Ramsey | Entertainment... | Fleet York | 368.00 |
| Check | 9/27/2005 | | David M. Ramsey | | Fleet York | 7.00 |
| Check | 9/27/2005 | 2151 | David M. Ramsey | | Fleet York | 300.00 |
| Check | 9/27/2005 | 2152 | David M. Ramsey | | Fleet York | 500.00 |
| Check | 9/27/2005 | | Restaurant | Applebee | Fleet York | 11.17 |

4:26 PM
12/19/05
Accrual Basis

## Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 9/28/2005 | | Restaurant | | Fleet York | 19.43 |
| Check | 9/29/2005 | | David M. Ramsey | | Fleet York | 2,500.00 |
| Check | 10/3/2005 | | David M. Ramsey | | Fleet York | 131.35 |
| Check | 10/5/2005 | 2157 | David M. Ramsey | KFC | Fleet York | 3,500.00 |
| Check | 10/6/2005 | | David M. Ramsey | | Fleet York | 500.00 |
| Check | 10/6/2005 | 2166 | David M. Ramsey | | Fleet York | 1,000.00 |
| Check | 10/2/2005 | 2168 | David M. Ramsey | | Fleet York | 800.00 |
| Check | | 2169 | David M. Ramsey | | Fleet York | 5,500.00 |
| Check | 10/11/2005 | 2171 | David M. Ramsey | | Fleet York | 56.45 |
| Check | 10/11/2005 | 2176 | David M. Ramsey | | Fleet York | 17.95 |
| Check | 10/11/2005 | | David M. Ramsey | shop MLB.com | Fleet York | 14.97 |
| Check | 10/12/2005 | | David M. Ramsey | shop MLB.com | Fleet York | 2,000.00 |
| Check | 10/12/2005 | 2178 | David M. Ramsey | shop MLB.com | Fleet York | 28.97 |
| Check | 10/13/2005 | | Restaurant | Greensleeves | Fleet York | 89.45 |
| Check | 10/17/2005 | | Restaurant | shop MLB.com | Fleet York | 6.99 |
| Check | 10/17/2005 | | Restaurant | Taipeys | Fleet York | 99.17 |
| Check | 10/17/2005 | | David M. Ramsey | Motorcycle Su... | Fleet -1711 | 52.98 |
| Check | 10/18/2005 | | David M. Ramsey | shop MLB.com | Fleet York | 9.99 |
| Check | 10/21/2005 | | David M. Ramsey | shop MLB.com | Fleet York | 7.00 |
| Check | 10/24/2005 | | David M. Ramsey | entertainment ... | Fleet York | 55.97 |
| Check | 10/24/2005 | | David M. Ramsey | shop MLB.com | Fleet York | 4,000.00 |
| Check | 11/1/2005 | | David M. Ramsey | Shop MLB | Fleet York | 9.99 |
| Check | 11/4/2005 | 2215 | David M. Ramsey | Fazio | Fleet York | 54.52 |
| Check | 11/4/2005 | | Restaurant | | Fleet York | |

Total Due from David Ramsey                108,694.22

TOTAL                108,694.22

Form B6A
(10/05)

In re    **Whispering Pines Estate, Inc.**               ,    Case No.    **05-56003**
                                              Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Assisted Living Facility, Residence** <br><br> **936 South Street** <br> **Portsmouth, NH 03801** | | - | 1,875,000.00 | 1,330,496.00 |

| | | |
|---|---|---|
| Sub-Total > | **1,875,000.00** | (Total of this page) |
| Total > | **1,875,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6B
(10/05)

In re  **Whispering Pines Estate, Inc.**                                      ,     Case No.   __05-56003__
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #9482478971** | - | 6,726.00 |
| | | **Bank of America Checking Account #9399161711 (Petty Cash)** | - | 190.45 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Antique Furniture in rooms (dining/living/common area), Audio/Video, Computer** | - | 53,500.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           60,416.45
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6B
(10/05)

In re    **Whispering Pines Estate, Inc.**                              ,    Case No.    **05-56003**
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Whispering Pines Estate, Inc.**               ,    Case No.    **05-56003**

                     Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Minimal office equipment, supplies and paper products** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 60,916.45 |

(Report also on Summary of Schedules)

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6D
(10/05)

In re    **Whispering Pines Estate, Inc.**          Case No.   **05-56003**
                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Flash Island<br>Ginn RE, LLC<br>220 Maine Mall<br>South Portland, ME 04106** | - | | **First Mortgage**<br><br>**Assisted Living Facility, Residence**<br><br>**936 South Street<br>Portsmouth, NH 03801**<br><br>Value $    **1,875,000.00** | | | | **425,000.00** | **0.00** |
| Account No.<br><br>**Internal Revenue Service<br>80 Daniel Street<br>Portsmouth, NH 03801** | - | | **Assisted Living Facility, Residence**<br><br>**936 South Street<br>Portsmouth, NH 03801**<br><br>Value $    **1,875,000.00** | | | | **85,000.00** | **0.00** |
| Account No.<br><br>**Pioneer Capital<br>PO Box 4787<br>25 Pearl Street<br>Portland, ME 04101** | - | | **Second Mortgage**<br><br>**Assisted Living Facility, Residence**<br><br>**936 South Street<br>Portsmouth, NH 03801**<br><br>Value $    **1,875,000.00** | | | | **815,000.00** | **0.00** |
| Account No.<br><br>**State of New Hampshire<br>PO Box 454<br>45 Chenell Drive<br>Concord, NH 03302** | - | | **Assisted Living Facility, Residence**<br><br>**936 South Street<br>Portsmouth, NH 03801**<br><br>Value $    **1,875,000.00** | | | | **5,496.00** | **0.00** |

  **0**  continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | **1,330,496.00** |
| Total<br>(Report on Summary of Schedules) | **1,330,496.00** |

Form B6E
(10/05)

In re    **Whispering Pines Estate, Inc.**                         Case No.    **05-56003**

                                   Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                  **1**     continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E - Cont.
(10/05)

In re __Whispering Pines Estate, Inc._____,   Case No. ___05-56003_____
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **City of Portsmouth 1 Junkins Avenue Portsmouth, NH 03801** | - | | **12/01/04; 04/17/05** **Trade Debt** | | | | 10,782.76 | 0.00 |
| Account No. **Internal Revenue Service Special Procedures Division 80 Daniel Street Portsmouth, NH 03801** | - | | **Payroll Taxes** | X | | X | 125,000.00 | 0.00 |
| Account No. **State of New Hampshire-Treasurer P.O. Box 637 Concord, NH 03302-0637** | - | | **12/31/01; 12/31/02; 12/31/03** **Trade Debt** | | | | 2,647.37 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 138,430.13 | 0.00 |
| Total (Report on Summary of Schedules) | 138,430.13 | 0.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F
(10/05)

In re    **Whispering Pines Estate, Inc.**                ,      Case No.   **05-56003**
                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**All State Health Care**<br>**11291 Washington Boulevard**<br>**Culver City, CA 90230** | - | | **09/23/04**<br>**Trade Debt** | | | | 1,522.14 |
| Account No.<br><br>**American International Companies**<br>**PO Box 382014**<br>**Pittsburgh, PA 15250-8014** | | | **04/17/04**<br>**Trade Debt** | | | | 3,661.00 |
| Account No.<br><br>**Arch Wireless**<br>**PO Box 4062**<br>**Woburn, MA 01888-4062** | - | | **10/04/2005** | | | | 17.85 |
| Account No.<br><br>**Bangor Savings**<br>**P.O. Box 930**<br>**Bangor, ME 04402-0930** | - | | **01/02/04**<br>**Trade Debt** | | | | 9,151.06 |
| _4_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 14,352.05 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          S/N:33556-051201   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Whispering Pines Estate, Inc.**                                              Case No.    **05-56003**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 12/1/04; 4/17/05; 10/14/05 | | | | |
| City of Portsmouth 1 Junkins Ave Portsmouth, NH 03801 | - | | | | | | | | 12,502.65 |
| Account No. | | | | | 04/05/05 Trade Debt | | | | |
| Comcast P.O. Box 196 Newark, NJ 07101-0196 | - | | | | | | | | 356.73 |
| Account No. | | | | | 05/01/05 Trade Debt | | | | |
| Delta Dental P.O. Box 9566 Manchester, NH 03108 | - | | | | | | | | 824.80 |
| Account No. | | | | | 12/24/03; 01/14/04 | | | | |
| Edgewood Center 928 South Street Portsmouth, NH 03801-5459 | - | | | | | | | | 380.03 |
| Account No. | | | | | | | | | |
| Grainger, Inc. c/o Haskell and Ayer, PC Five Market Square, Suite 107 PO Box 507 Amesbury, MA 01913 | - | | | | | | | | 538.16 |

Sheet no. __1__ of __4__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)          14,602.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Whispering Pines Estate, Inc.** _____, Case No. **05-56003** _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019** | - | | **5/27/05** | | | | 3,821.67 |
| Account No.<br><br>**Kittell Branagan Sargent<br>154 North Main Street<br>Saint Albans, VT 05478** | - | | **03/13/04 - 04/11/05**<br>**Trade Debt** | | | | 4,069.60 |
| Account No.<br><br>**Mackenzie Architects<br>1 Steel Street, Suite 108<br>Burlington, VT 05401** | - | | **12/02/03 - 02/02/04**<br>**Trade Debt** | | | | 6,286.66 |
| Account No. **xxxx-xxxx-xxxx-0851**<br><br>**MBNA<br>Platinum Plus for Business<br>PO Box 15469<br>Wilmington, DE 19886-5469** | - | | **Operating Expenses** | | | | 5,956.00 |
| Account No.<br><br>**MBNA<br>PO Box 15288<br>Wilmington, DE 19886-5288** | - | | **Operating Expenses** | | | | 1,346.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **21,479.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Whispering Pines Estate, Inc.**                                                  ,          Case No.      **05-56003**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Northern Utilities<br>P.O. Box 83801<br>Baltimore, MD 21283-0015** | - | | | | **12/02/03 - 02/02/04<br>Utilities** | | | | **259.70** |
| Account No.<br><br>**Pine Tree Waste Inc.<br>87 Pleasant Hill<br>Scarborough, ME 04074-9306** | - | | | | **04/01/05; 05/01/05<br>Trade Debt** | | | | **146.29** |
| Account No.<br><br>**Portsmouth Fire Dept.<br>170 Court Street<br>Portsmouth, NH 03801** | - | | | | **04/18/05<br>Trade Debt** | | | | **125.00** |
| Account No.<br><br>**Public Service of NH<br>P.O. Box 360<br>Manchester, NH 03105-0360** | - | | | | **03/17/05; 04/18/05<br>Trade Debt** | | | | **578.10** |
| Account No.<br><br>**Shaheen and Gordon<br>140 Washington Street<br>P.O. Box 977<br>Dover, NH 03820** | - | | | | **03/18/04; 06/30/04<br>Trade Debt** | | | | **244.50** |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,353.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Whispering Pines Estate, Inc.**                                                  ,   Case No.   **05-56003**
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Sprint** P.O. Box 650270 Dallas, TX 75265-0270 | - | | | | 02/19/05; 03/19/05; 04/12/05 Utilities | | | | 72.68 |
| Account No. **State of New Hampshire** PO Box 637 Concord, NH 03302-0637 | - | | | | 12/31/01; 12/31/02; 12/31/03; 10/3/05 | | | | 5,648.83 |
| Account No. **Stevens Insurance Agency** 232 Center Street Auburn, ME 04210 | | | | | 09/30/04 Trade Debt | | | | 2,321.00 |
| Account No. **Terminix** 160 B Larabee Road Westbrook, ME 04092 | - | | | | 03/02/05; 03/21/05 Trade Debt | | | | 120.00 |
| Account No. **Verizon** P.O. Box 15150 Worcester, MA 01615-0150 | - | | | | 04/01/05; 04/12/05 Utilites | | | | 1,056.65 |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **9,219.16**

Total
(Report on Summary of Schedules)  **61,007.10**

Form B6G
(10/05)

In re  **Whispering Pines Estate, Inc.**                                    ,     Case No.   **05-56003**
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

  **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re    **Whispering Pines Estate, Inc.**                                          ,     Case No.    __05-56003__
                                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

__0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6I
(10/05)

In re **Whispering Pines Estate, Inc.**                                    Case No. **05-56003**
_____
Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | N/A |
| 11. Social security or other government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | N/A |

16. TOTAL COMBINED MONTHLY INCOME:        $_____ 0.00        (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re  **Whispering Pines Estate, Inc.**                                      Case No.  **05-56003**
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ 0.00 |
|   b. Water and sewer | | | $ 0.00 |
|   c. Telephone | | | $ 0.00 |
|   d. Other | | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ 0.00 |
| 4. Food | | | $ 0.00 |
| 5. Clothing | | | $ 0.00 |
| 6. Laundry and dry cleaning | | | $ 0.00 |
| 7. Medical and dental expenses | | | $ 0.00 |
| 8. Transportation (not including car payments) | | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ 0.00 |
| 10. Charitable contributions | | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|   a. Homeowner's or renter's | | | $ 0.00 |
|   b. Life | | | $ 0.00 |
|   c. Health | | | $ 0.00 |
|   d. Auto | | | $ 0.00 |
|   e. Other | | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|   (Specify) | | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | | |
|   a. Auto | | | $ 0.00 |
|   b. Other | | | $ 0.00 |
|   c. Other | | | $ 0.00 |
|   d. Other | | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ 0.00 |
| 17. Other | | | $ 0.00 |
|   Other | | | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | $ 0.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Total monthly income from Line 16 of Schedule I | | $ 0.00 |
| b.   Total monthly expenses from Line 18 above | | $ 0.00 |
| c.   Monthly net income (a. minus b.) | | $ 0.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### District of New Hampshire

In re    **Whispering Pines Estate, Inc.**                                    Case No.    **05-56003**

                                              Debtor(s)                Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**17**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 20, 2005**                    Signature    **/s/ David M. Ramsey**

                                                             **David M. Ramsey**
                                                             **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re    **Whispering Pines Estate, Inc.**             ,     Case No.    **05-56003**

                                  Debtor           Chapter         **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Ramsey**<br>**PO Box 900**<br>**York Harbor, ME 03911** | **Common Stock** | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 20, 2005**                Signature   **/s/ David M. Ramsey**

                                                      **David M. Ramsey**<br>                                                      **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re **Whispering Pines Estate, Inc.**            Case No. **05-56003**

Debtor(s)      Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 20, 2005**        **/s/ David M. Ramsey**

                                      **David M. Ramsey/President**
                                      Signer/Title

# United States Bankruptcy Court
### District of New Hampshire

In re **Whispering Pines Estate, Inc.**          Case No. **05-56003**

                    Debtor(s)         Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 20, 2005**          **/s/ Jennifer Rood - BNH**
                                           **Jennifer Rood - BNH 01395**
                                           **Bernstein, Shur, Sawyer & Nelson**
                                           **670 N. Commercial St. Suite 108**
                                           **P.O. Box 1120**
                                           **Manchester, NH 03105-1120**
                                           **(603) 623-8700  Fax: (603) 623-7775**

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## District of New Hampshire

In re   **Whispering Pines Estate, Inc.**
         Debtor       ,

Case No.   **05-56003**

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,875,000.00 | | |
| B - Personal Property | Yes | 3 | 60,916.45 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,330,496.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 138,430.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 61,007.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 1,935,916.45 | | |
| Total Liabilities | | | | 1,529,933.23 | |

# United States Bankruptcy Court
### District of New Hampshire

In re   **Whispering Pines Estate, Inc.**       Case No.   **05-56003**

                Debtor(s)       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Whispering Pines Estate, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 20, 2005**

Date

**/s/ Jennifer Rood - BNH**

**Jennifer Rood - BNH 01395**

Signature of Attorney or Litigant

Counsel for  **Whispering Pines Estate, Inc.**

**Bernstein, Shur, Sawyer & Nelson**
**670 N. Commercial St. Suite 108**
**P.O. Box 1120**
**Manchester, NH 03105-1120**
**(603) 623-8700 Fax:(603) 623-7775**