3:43 PM
01/02/06
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| **Fleet York** | | | | | |
| Check | 8/17/2005 | phone | Internal Revenue Ser... | Miscellaneous | -5,017.29 |
| Transfer | 8/17/2005 | phone | | Due to AMI-B | 3,000.00 |
| Transfer | 8/17/2005 | | | Fleet -1711 | -400.00 |
| Liability Check | 8/17/2005 | 2058 | Bank of America | -SPLIT- | -1,481.22 |
| Deposit | 8/17/2005 | | | Due to AMI-B | 2,000.00 |
| Check | 8/18/2005 | 2059 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 8/18/2005 | 2060 | Jan Beynon | -SPLIT- | -306.40 |
| Check | 8/18/2005 | | Hannaford | Food | -132.35 |
| Check | 8/18/2005 | | David M. Ramsey | Due from Davi... | -7.00 |
| Check | 8/18/2005 | | Restaurant | Due from Davi... | -58.48 |
| Check | 8/18/2005 | | | Service Charges | -204.00 |
| Transfer | 8/19/2005 | | | Fleet -1711 | -500.00 |
| Deposit | 8/19/2005 | | | Due to AMI-B | 1,000.00 |
| Check | 8/22/2005 | | Klines Furniture | Furnishings | -400.00 |
| Check | 8/22/2005 | 2063 | Jan Beynon | -SPLIT- | -124.92 |
| Check | 8/22/2005 | 2064 | MBNA - 0851 | MBNA - 0851 | -133.00 |
| Deposit | 8/22/2005 | | | Due to AMI-B | 1,600.00 |
| Check | 8/22/2005 | | Fuel | Fuel | -30.00 |
| Payment | 8/24/2005 | 1628 | Thayer, Olive | Accounts Rece... | 2,025.00 |
| Transfer | 8/24/2005 | | | Fleet -1711 | -500.00 |
| Liability Check | 8/24/2005 | 2065 | Bank of America | -SPLIT- | -1,442.28 |
| Check | 8/24/2005 | | Fuel | Fuel | -75.01 |
| Check | 8/25/2005 | 2061 | Jan Beynon | -SPLIT- | -509.10 |
| Check | 8/25/2005 | 2066 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 8/25/2005 | | Restaurant | Due from Davi... | -44.94 |
| Check | 8/26/2005 | 2067 | Cary Cody | Contract Labor | -168.00 |
| Bill Pmt -Check | 8/26/2005 | 2068 | Northern Utilities | Accounts Paya... | -664.02 |
| Transfer | 8/26/2005 | | | Fleet -1711 | -700.00 |
| Deposit | 8/26/2005 | | | Due to AMI-B | 1,400.00 |
| Check | 8/26/2005 | | Staples | Office Supplies | -16.84 |
| Check | 8/27/2005 | 2069 | David M. Ramsey | Due from Davi... | -250.00 |
| Check | 8/28/2005 | | | Furnishings | -623.97 |
| Check | 8/28/2005 | | David M. Ramsey | Due from Davi... | -437.86 |
| Check | 8/28/2005 | | David M. Ramsey | Due from Davi... | -66.78 |
| Check | 8/28/2005 | | David M. Ramsey | Due from Davi... | -94.00 |
| Payment | 8/29/2005 | 84349 | Waterman, Frank | Accounts Rece... | 3,900.00 |
| Check | 8/29/2005 | 2070 | David M. Ramsey | Due from Davi... | -500.00 |
| Bill Pmt -Check | 8/29/2005 | 2071 | Hampshire Fire Prot... | Accounts Paya... | -150.00 |
| Bill Pmt -Check | 8/29/2005 | 2072 | Seacoast Newspapers | Accounts Paya... | -54.08 |
| Check | 8/30/2005 | 2073 | Jan Beynon | -SPLIT- | -236.35 |
| Check | 8/30/2005 | | Fuel | Fuel | -50.16 |
| Transfer | 8/31/2005 | | | Fleet -1711 | -750.00 |
| Bill Pmt -Check | 8/31/2005 | 2074 | Comcast | Accounts Paya... | -305.65 |
| Liability Check | 8/31/2005 | 2075 | Bank of America | -SPLIT- | -1,475.58 |
| Payment | 8/31/2005 | 1453 | McEachern, Raymond | Accounts Rece... | 5,000.00 |
| Payment | 8/31/2005 | 1665 | Hoffman, Margaret | Accounts Rece... | 3,600.00 |
| Payment | 8/31/2005 | 111 | Noel, Helen | Accounts Rece... | 3,900.00 |
| Check | 8/31/2005 | 2076 | David M. Ramsey | Due from Davi... | -10,000.00 |
| Check | 8/31/2005 | | | Service Charges | -19.95 |
| Bill Pmt -Check | 9/1/2005 | 2094 | City of Portsmouth | Accounts Paya... | -1,463.80 |
| Check | 9/1/2005 | 2095 | David M. Ramsey | Due from Davi... | -850.00 |
| Payment | 9/1/2005 | 1101 | Lohr, Charles | Accounts Rece... | 4,030.00 |
| Check | 9/1/2005 | | Hannaford | Food | -113.87 |
| Check | 9/1/2005 | | Fuel | Fuel | -40.00 |
| Paycheck | 9/2/2005 | 2077 | Beynon, Janice | -SPLIT- | -526.68 |
| Paycheck | 9/2/2005 | 2078 | Beynon, William | -SPLIT- | -766.47 |
| Paycheck | 9/2/2005 | 2079 | Cottonham, Lori | -SPLIT- | -393.00 |
| Paycheck | 9/2/2005 | 2080 | Curtis, Sandra | -SPLIT- | -365.26 |
| Paycheck | 9/2/2005 | 2081 | Dewitt, Beth M | -SPLIT- | -270.29 |
| Paycheck | 9/2/2005 | 2082 | Goergen, Cynthia E | -SPLIT- | -147.76 |
| Paycheck | 9/2/2005 | 2083 | Nilson, Laura A | -SPLIT- | -64.65 |
| Paycheck | 9/2/2005 | 2084 | Poole, Krista H | -SPLIT- | -355.78 |
| Paycheck | 9/2/2005 | 2085 | Stewart, Glenda | -SPLIT- | -39.35 |
| Paycheck | 9/2/2005 | 2086 | Stoddard, Rebecca D | -SPLIT- | -169.70 |
| Paycheck | 9/2/2005 | 2087 | Waldron, Marie T | -SPLIT- | -61.54 |
| Paycheck | 9/2/2005 | 2088 | Beynon, Janice | -SPLIT- | -358.81 |
| Paycheck | 9/2/2005 | 2089 | Ellis, Wanda M. | -SPLIT- | -369.11 |
| Check | 9/2/2005 | 2090 | Mariah Cottonham | Contract Labor | -80.00 |

3:43 PM

01/02/06

Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Check | 9/2/2005 | 2091 | Isbell Engraving | Office Supplies | -8.20 |
| Check | 9/2/2005 | 2092 | Treasurer State of M... | Penalties | -46.09 |
| Check | 9/2/2005 | 2093 | Anthem BCBS | Health Insurance | -326.32 |
| Payment | 9/2/2005 | 244 | Smith, Leona | Accounts Rece... | 4,050.00 |
| Transfer | 9/2/2005 | | | Fleet -1711 | -750.00 |
| Check | 9/2/2005 | 2096 | David M. Ramsey | Due from Davi... | -500.00 |
| Check | 9/3/2005 | 2097 | David M. Ramsey | Due from Davi... | -300.00 |
| Payment | 9/6/2005 | 715 | Cormier, Louise | Accounts Rece... | 3,750.00 |
| Transfer | 9/6/2005 | | | Fleet -1711 | -500.00 |
| Check | 9/6/2005 | 2098 | David M. Ramsey | Due from Davi... | -1,000.00 |
| Check | 9/6/2005 | | David M. Ramsey | Due from Davi... | -240.00 |
| Check | 9/6/2005 | | Hannaford | Food | -316.20 |
| Check | 9/6/2005 | | Marshalls | Due from Davi... | -299.80 |
| Check | 9/6/2005 | | Rite Aide | Prescriptions | -75.00 |
| Check | 9/6/2005 | | | Household | -10.00 |
| Check | 9/6/2005 | | | Household | -10.00 |
| Liability Check | 9/7/2005 | 2099 | Bank of America | -SPLIT- | -1,501.70 |
| Check | 9/7/2005 | 2100 | David M. Ramsey | Due from Davi... | -1,000.00 |
| Check | 9/7/2005 | 2101 | David M. Ramsey | Due from Davi... | -500.00 |
| Bill Pmt -Check | 9/7/2005 | 2102 | Kittell Branagan Sar... | Accounts Paya... | -3,930.00 |
| Transfer | 9/7/2005 | | | Fleet -1711 | -600.00 |
| Payment | 9/7/2005 | 1505 | Scarponi, Irene | Accounts Rece... | 3,750.00 |
| Check | 9/7/2005 | | Fuel | Fuel | -40.28 |
| Check | 9/8/2005 | 2103 | NHMMJUA | Business Liabil... | -2,673.20 |
| Check | 9/8/2005 | 2104 | Flash Island, Inc. | Interest Expense | -10,000.00 |
| Payment | 9/8/2005 | 4564 ... | Day, Arthur | Accounts Rece... | 3,600.03 |
| Check | 9/8/2005 | 2118 | Mariah Cottonham | Contract Labor | -80.00 |
| Paycheck | 9/9/2005 | 2105 | Beynon, Janice | -SPLIT- | -526.69 |
| Paycheck | 9/9/2005 | 2106 | Beynon, William | -SPLIT- | -766.47 |
| Paycheck | 9/9/2005 | 2107 | Blanchard, Rebekah | -SPLIT- | -141.38 |
| Paycheck | 9/9/2005 | 2108 | Cottonham, Lori | -SPLIT- | -371.37 |
| Paycheck | 9/9/2005 | 2109 | Curtis, Sandra | -SPLIT- | -365.27 |
| Paycheck | 9/9/2005 | 2110 | Dewitt, Beth M | -SPLIT- | -55.41 |
| Paycheck | 9/9/2005 | 2111 | Ellis, Wanda M. | -SPLIT- | -307.84 |
| Paycheck | 9/9/2005 | 2112 | Goergen, Cynthia E | -SPLIT- | -147.76 |
| Paycheck | 9/9/2005 | 2113 | Poole, Krista H | -SPLIT- | -364.56 |
| Paycheck | 9/9/2005 | 2114 | Stewart, Glenda | -SPLIT- | -132.78 |
| Paycheck | 9/9/2005 | 2115 | Stoddard, Rebecca D | -SPLIT- | -238.82 |
| Paycheck | 9/9/2005 | 2116 | Waldron, Marie T | -SPLIT- | -121.06 |
| Paycheck | 9/9/2005 | 2117 | Beynon, Janice | -SPLIT- | -358.81 |
| Payment | 9/9/2005 | 1866 | Brosnahan, Helen | Accounts Rece... | 4,050.00 |
| Check | 9/9/2005 | 2119 | David M. Ramsey | Due from Davi... | -400.00 |
| Check | 9/9/2005 | 2120 | David M. Ramsey | Due from Davi... | -600.00 |
| Check | 9/9/2005 | | Marshalls | Household | -151.11 |
| Check | 9/9/2005 | | | Furnishings | -434.37 |
| Transfer | 9/10/2005 | | | Fleet -1711 | -400.00 |
| Transfer | 9/12/2005 | | | Fleet -1711 | -500.00 |
| Payment | 9/12/2005 | 6474 | Berriman, Agnes | Accounts Rece... | 3,300.00 |
| Payment | 9/12/2005 | 1631 | Thayer, Olive | Accounts Rece... | 4,050.00 |
| Payment | 9/12/2005 | 5070 | Noyes, Jeanne | Accounts Rece... | 3,300.00 |
| Check | 9/12/2005 | 2121 | American Internation... | W/C Insurance | -896.00 |
| Payment | 9/12/2005 | 332 | Pertekel, Anthony | Accounts Rece... | 4,900.50 |
| Check | 9/12/2005 | 2122 | David M. Ramsey | Due from Davi... | -1,500.00 |
| Check | 9/12/2005 | | Restaurant | Due from Davi... | -117.16 |
| Check | 9/12/2005 | | Fuel | Fuel | -40.04 |
| Check | 9/12/2005 | | On Line Marketing | Advertising | -12.49 |
| Check | 9/12/2005 | | Marshalls | Due from Davi... | -55.89 |
| Check | 9/12/2005 | | Marshalls | Due from Davi... | -39.99 |
| Check | 9/12/2005 | | Marshalls | Due from Davi... | -198.31 |
| Check | 9/12/2005 | | Walmart | Household | -64.54 |
| Bill Pmt -Check | 9/13/2005 | 2123 | Delta Dental | Accounts Paya... | -383.60 |
| Bill Pmt -Check | 9/13/2005 | 2124 | Public Service Of NH | Accounts Paya... | -676.13 |
| Check | 9/13/2005 | | Fuel | Fuel | -35.76 |
| Check | 9/13/2005 | | Staples | Office Supplies | -229.87 |
| Liability Check | 9/14/2005 | 2125 | Bank of America | -SPLIT- | -1,503.34 |
| Check | 9/14/2005 | 2126 | Jan Beynon | -SPLIT- | -376.07 |
| Deposit | 9/14/2005 | | | Due to AMI-B | 3,000.00 |
| Transfer | 9/15/2005 | | | Fleet -1711 | -600.00 |
| Deposit | 9/15/2005 | | | Due to AMI-B | 5,500.00 |

3:43 PM
01/02/06
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Paycheck | 9/16/2005 | 2127 | Beynon, Janice | -SPLIT- | -566.74 |
| Paycheck | 9/16/2005 | 2128 | Beynon, William | -SPLIT- | -766.47 |
| Paycheck | 9/16/2005 | 2129 | Cottonham, Lori | -SPLIT- | -428.70 |
| Paycheck | 9/16/2005 | 2130 | Curtis, Sandra | -SPLIT- | -365.27 |
| Paycheck | 9/16/2005 | 2131 | Goergen, Cynthia E | -SPLIT- | -73.88 |
| Paycheck | 9/16/2005 | 2132 | Poole, Krista H | -SPLIT- | -422.09 |
| Paycheck | 9/16/2005 | 2133 | Stewart, Glenda | -SPLIT- | -108.18 |
| Paycheck | 9/16/2005 | 2134 | Stoddard, Rebecca D | -SPLIT- | -247.05 |
| Paycheck | 9/16/2005 | 2135 | Waldron, Marie T | -SPLIT- | -221.84 |
| Paycheck | 9/16/2005 | 2136 | Ellis, Wanda M. | -SPLIT- | -392.81 |
| Paycheck | 9/16/2005 | 2137 | Beynon, Janice | -SPLIT- | -358.81 |
| Check | 9/16/2005 | 2138 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 9/16/2005 | 2139 | Arch Wireless | -SPLIT- | -56.30 |
| Check | 9/16/2005 | 2140 | Eldredge Lumber | -SPLIT- | -2,330.65 |
| Transfer | 9/17/2005 | | | Fleet -1711 | -600.00 |
| Check | 9/18/2005 | | Restaurant | Due from Davi... | -103.75 |
| Check | 9/18/2005 | | David M. Ramsey | Due from Davi... | -368.00 |
| Check | 9/18/2005 | | Fuel | Fuel | -82.50 |
| Deposit | 9/19/2005 | | | Due to AMI-B | 3,000.00 |
| Check | 9/19/2005 | 2141 | MBNA - 0851 | MBNA - 0851 | -133.00 |
| Check | 9/19/2005 | 2142 | MBNA - 7837 | MBNA - 7837 | -83.00 |
| Check | 9/19/2005 | 2143 | Dell Financial Servic... | Dell Loan - 9411 | -51.68 |
| Check | 9/19/2005 | 2144 | Dell Financial Servic... | Dell Loan - 1679 | -55.56 |
| Check | 9/19/2005 | 2145 | City of Portsmouth | Maintenance &... | -100.00 |
| Check | 9/19/2005 | | David M. Ramsey | Due from Davi... | -7.00 |
| Transfer | 9/20/2005 | | | Fleet -1711 | -750.00 |
| Deposit | 9/20/2005 | | | Due to AMI-B | 1,300.00 |
| Check | 9/21/2005 | 2146 | Jan Beynon | -SPLIT- | -223.82 |
| Liability Check | 9/21/2005 | 2147 | Bank of America | -SPLIT- | -1,508.70 |
| Deposit | 9/21/2005 | | | Due to AMI-B | 1,600.00 |
| Check | 9/22/2005 | 2148 | Public Service Of NH | Accounts Paya... | -1,179.81 |
| Transfer | 9/22/2005 | | | Fleet -1711 | -400.00 |
| Check | 9/22/2005 | Bank ... | Portsmouth Fire Dept | -SPLIT- | -155.00 |
| Check | 9/22/2005 | 2149 | Mariah Cottonham | Contract Labor | -80.00 |
| Deposit | 9/22/2005 | | | Due to AMI-B | 1,000.00 |
| Transfer | 9/22/2005 | | | Fleet -1711 | -500.00 |
| Check | 9/22/2005 | | Fuel | Fuel | -78.00 |
| Bill Pmt -Check | 9/23/2005 | 2150 | Northern Utilities | Accounts Paya... | -851.35 |
| Payment | 9/26/2005 | 301 | Buck, Mildred | Accounts Rece... | 1,000.00 |
| Payment | 9/26/2005 | 00501... | Noyes, Jeanne | Accounts Rece... | 60.00 |
| Check | 9/26/2005 | | Postmaster | Postage | -37.00 |
| Transfer | 9/27/2005 | | | Fleet -1711 | -500.00 |
| Check | 9/27/2005 | 2151 | David M. Ramsey | Due from Davi... | -300.00 |
| Check | 9/27/2005 | 2152 | David M. Ramsey | Due from Davi... | -500.00 |
| Deposit | 9/27/2005 | | | Due to AMI-B | 1,300.00 |
| Check | 9/27/2005 | | Restaurant | Due from Davi... | -11.17 |
| Check | 9/27/2005 | | | Maintenance &... | -55.65 |
| Liability Check | 9/28/2005 | 2153 | Bank of America | -SPLIT- | -1,444.32 |
| Bill Pmt -Check | 9/28/2005 | 2154 | Verizon | Accounts Paya... | -1,041.62 |
| Payment | 9/28/2005 | 303 | Buck, Mildred | Accounts Rece... | 4,185.00 |
| Deposit | 9/28/2005 | | | Due to AMI-B | 1,500.00 |
| Check | 9/28/2005 | | Restaurant | Due from Davi... | -19.43 |
| Deposit | 9/28/2005 | | | Office Supplies | 80.00 |
| Check | 9/29/2005 | 2158 | Fosters Daily Democ... | Newspapers | -43.25 |
| Check | 9/29/2005 | 2159 | Isbell Engraving | Office Supplies | -4.95 |
| Check | 9/29/2005 | 2160 | Zammit's Profession... | Maintenance &... | -125.00 |
| Check | 9/29/2005 | 2161 | New England Tree S... | Maintenance &... | -600.00 |
| Check | 9/29/2005 | 2155 | Jan Beynon | -SPLIT- | -334.80 |
| Check | 9/29/2005 | 2156 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 9/29/2005 | 2157 | David M. Ramsey | Due from Davi... | -2,500.00 |
| Transfer | 9/30/2005 | | | Fleet -1711 | -750.00 |
| Deposit | 9/30/2005 | | | Due to AMI-B | 750.00 |
| Check | 9/30/2005 | | | Service Charges | -19.95 |
| Deposit | 9/30/2005 | | | -SPLIT- | 12,570.00 |
| Check | 10/1/2005 | 2162 | Flash Island, Inc. | Interest Expense | -9,000.00 |
| Check | 10/3/2005 | | Fuel | Fuel | -50.00 |
| Check | 10/3/2005 | | David M. Ramsey | Due from Davi... | -131.35 |
| Check | 10/3/2005 | | Office Depot | Minor Equipment | -307.27 |
| Check | 10/3/2005 | | Fuel | Fuel | -46.60 |

3:43 PM
01/02/06
Accrual Basis

# Whispering Pines Estate, Inc.
# Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 10/4/2005 | 2163 | Pine Tree Waste Inc. | Accounts Paya... | -290.33 |
| Transfer | 10/4/2005 | | | Fleet -1711 | -750.00 |
| Liability Check | 10/5/2005 | 2164 | Bank of America | -SPLIT- | -1,429.86 |
| Bill Pmt -Check | 10/5/2005 | 2165 | Hampshire Fire Prot... | Accounts Paya... | -1,880.00 |
| Payment | 10/5/2005 | 84786 | Waterman, Frank | Accounts Rece... | 4,030.00 |
| Check | 10/5/2005 | 2166 | David M. Ramsey | Due from Davi... | -3,500.00 |
| Check | 10/6/2005 | 2167 | Mariah Cottonham | Contract Labor | -80.00 |
| Payment | 10/6/2005 | 358 | Pertekel, Anthony | Accounts Rece... | 4,185.00 |
| Check | 10/6/2005 | 2168 | David M. Ramsey | Due from Davi... | -500.00 |
| Check | 10/6/2005 | 2169 | David M. Ramsey | Due from Davi... | -1,000.00 |
| Transfer | 10/7/2005 | | | Fleet -1711 | -750.00 |
| Check | 10/7/2005 | 2170 | Pier 1 Imports | Minor Equipment | -1,194.25 |
| Payment | 10/7/2005 | 4585 | Day, Arthur | Accounts Rece... | 3,720.00 |
| Check | 10/7/2005 | 2171 | David M. Ramsey | Due from Davi... | -800.00 |
| Check | 10/7/2005 | 2172 | Jan Beynon | -SPLIT- | -483.16 |
| Transfer | 10/9/2005 | | | Fleet -1711 | -1,000.00 |
| Check | 10/10/2005 | 2173 | Dell Financial Servic... | Dell Loan - 1679 | -55.56 |
| Check | 10/10/2005 | 2174 | Dell Financial Servic... | Dell Loan - 9411 | -51.68 |
| Check | 10/10/2005 | 2175 | MBNA - 7837 | MBNA - 7837 | -170.00 |
| Check | 10/10/2005 | | On Line Marketing | Advertising | -12.49 |
| Check | 10/10/2005 | | Hannaford | Food | -222.07 |
| Check | 10/10/2005 | | Home Depot | Minor Equipment | -189.00 |
| Check | 10/10/2005 | | Home Depot | Minor Equipment | -439.99 |
| Deposit | 10/11/2005 | | | -SPLIT- | 7,280.00 |
| Check | 10/11/2005 | 2176 | David M. Ramsey | Due from Davi... | -5,500.00 |
| Check | 10/11/2005 | | A & M Paint | Maintenance &... | -128.43 |
| Check | 10/11/2005 | | A & M Paint | Maintenance &... | -23.96 |
| Check | 10/11/2005 | | David M. Ramsey | Due from Davi... | -56.45 |
| Check | 10/11/2005 | | David M. Ramsey | Due from Davi... | -17.95 |
| Check | 10/11/2005 | | David M. Ramsey | Due from Davi... | -14.97 |
| Liability Check | 10/12/2005 | 2177 | Bank of America | -SPLIT- | -1,497.90 |
| Deposit | 10/12/2005 | | | Undeposited F... | 3,410.00 |
| Check | 10/12/2005 | 2178 | David M. Ramsey | Due from Davi... | -2,000.00 |
| Check | 10/12/2005 | | David M. Ramsey | Due from Davi... | -29.97 |
| Check | 10/12/2005 | | Kmart | Household | -311.68 |
| Check | 10/13/2005 | 2179 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 10/13/2005 | 2180 | Tracey Kelly | Contract Labor | -193.00 |
| Check | 10/13/2005 | | Restaurant | Due from Davi... | -89.45 |
| Check | 10/14/2005 | 2181 | Jan Beynon | -SPLIT- | -322.55 |
| Bill Pmt -Check | 10/14/2005 | 2182 | Delta Dental | Accounts Paya... | -412.40 |
| Bill Pmt -Check | 10/14/2005 | 2183 | Public Service Of NH | Accounts Paya... | -838.14 |
| Check | 10/14/2005 | 2184 | City of Portsmouth | Maintenance &... | -50.00 |
| Check | 10/14/2005 | 2185 | Isbell Engraving | Office Supplies | -22.90 |
| Deposit | 10/14/2005 | | | Undeposited F... | 1,000.00 |
| Deposit | 10/14/2005 | | | Due to AMI-B | 500.00 |
| Transfer | 10/16/2005 | | | Fleet -1711 | -750.00 |
| Deposit | 10/17/2005 | | | Due to AMI-B | 1,500.00 |
| Check | 10/17/2005 | | Fuel | Fuel | -75.00 |
| Check | 10/17/2005 | | David M. Ramsey | Due from Davi... | -6.99 |
| Check | 10/17/2005 | | Restaurant | Due from Davi... | -99.17 |
| Check | 10/18/2005 | | David M. Ramsey | Due from Davi... | -9.99 |
| Liability Check | 10/19/2005 | 2186 | Bank of America | -SPLIT- | -1,458.64 |
| Deposit | 10/19/2005 | | | Due to AMI-B | 2,000.00 |
| Transfer | 10/19/2005 | | | Fleet -1711 | -500.00 |
| Check | 10/20/2005 | 2187 | Jan Beynon | -SPLIT- | -296.45 |
| Check | 10/21/2005 | 2188 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 10/21/2005 | 2189 | Jan Beynon | -SPLIT- | -160.36 |
| Deposit | 10/21/2005 | | | Undeposited F... | 4,030.00 |
| Check | 10/21/2005 | | David M. Ramsey | Due from Davi... | -9.99 |
| Transfer | 10/22/2005 | | | Fleet -1711 | -500.00 |
| Transfer | 10/24/2005 | | | Fleet -1711 | -500.00 |
| Check | 10/24/2005 | | David M. Ramsey | Due from Davi... | -7.00 |
| Check | 10/24/2005 | | David M. Ramsey | Due from Davi... | -55.97 |
| Check | 10/24/2005 | | Hannaford | Food | -206.92 |
| Check | 10/24/2005 | | Hannaford | Food | -179.58 |
| Check | 10/24/2005 | | Home Depot | Minor Equipment | -114.39 |
| Check | 10/25/2005 | 2190 | Gourley Company | Maintenance &... | -276.72 |
| Deposit | 10/26/2005 | | | Undeposited F... | 1,000.00 |
| Liability Check | 10/26/2005 | 2191 | Bank of America | -SPLIT- | -1,461.36 |

3:43 PM
01/02/06
Accrual Basis

# Whispering Pines Estate, Inc.
## Account QuickReport
### As of November 16, 2005

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Transfer | 10/27/2005 | | | Fleet -1711 | -700.00 |
| Check | 10/27/2005 | | Home Depot | Minor Equipment | -199.00 |
| Check | 10/27/2005 | | Home Depot | Minor Equipment | -78.00 |
| Check | 10/28/2005 | 2192 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 10/28/2005 | 2193 | Kim Nilson | Contract Labor | -65.00 |
| Bill Pmt -Check | 10/28/2005 | 2194 | Anthem BCBS | Accounts Paya... | -1,327.84 |
| Bill Pmt -Check | 10/28/2005 | 2195 | Comcast | Accounts Paya... | -400.20 |
| Liability Check | 10/28/2005 | 2196 | State of New Hamps... | -SPLIT- | -162.90 |
| Liability Check | 10/28/2005 | 2197 | Treasurer State of M... | Maine W/H | -322.00 |
| Check | 10/28/2005 | | Home Depot | Minor Equipment | -68.15 |
| Transfer | 10/31/2005 | | | Fleet -1711 | -750.00 |
| Check | 10/31/2005 | 2198 | State of New Hamps... | Licenses & Fees | -40.00 |
| Check | 10/31/2005 | | | Service Charges | -19.95 |
| Payment | 11/1/2005 | | Buck, Mildred | Accounts Rece... | 4,050.00 |
| Liability Check | 11/2/2005 | 2199 | Bank of America | -SPLIT- | -1,444.16 |
| Transfer | 11/3/2005 | | | Fleet -1711 | -800.00 |
| Check | 11/3/2005 | 2200 | Mariah Cottonham | Contract Labor | -80.00 |
| Check | 11/3/2005 | 2201 | Isbell Engraving | Office Supplies | -31.90 |
| Check | 11/3/2005 | 2202 | Cresent Plowing Ser... | Plowing and sa... | -800.00 |
| Check | 11/3/2005 | 2203 | Jan Beynon | -SPLIT- | -268.25 |
| Check | 11/3/2005 | 2205 | Cresent Plowing Ser... | Plowing and sa... | -75.00 |
| Payment | 11/3/2005 | | Thayer, Olive | Accounts Rece... | 4,050.00 |
| Payment | 11/4/2005 | 1465 | McEachern, Raymond | Accounts Rece... | 4,015.00 |
| Transfer | 11/5/2005 | | | Fleet -1711 | -1,000.00 |
| Check | 11/7/2005 | 2204 | Berriman, Agnes | Accounts Rece... | -1,330.00 |
| Check | 11/7/2005 | 2206 | Jan Beynon | -SPLIT- | -379.25 |
| Check | 11/7/2005 | 2207 | MBNA - 0851 | MBNA - 0851 | -400.00 |
| Check | 11/7/2005 | 2208 | MBNA - 7837 | MBNA - 7837 | -200.00 |
| Transfer | 11/8/2005 | | | Fleet -1711 | -400.00 |
| Deposit | 11/8/2005 | | | Due to AMI-B | 1,200.00 |
| Liability Check | 11/9/2005 | 2209 | Bank of America | -SPLIT- | -1,522.38 |
| Bill Pmt -Check | 11/9/2005 | 2210 | Public Service Of NH | Accounts Paya... | -672.60 |
| Deposit | 11/9/2005 | | | Due to AMI-B | 2,700.00 |
| Check | 11/10/2005 | 2211 | Kim Nilson | Contract Labor | -35.00 |
| Check | 11/10/2005 | 2212 | Mariah Cottonham | Contract Labor | -80.00 |
| Transfer | 11/10/2005 | | | Fleet -1711 | -500.00 |
| Deposit | 11/10/2005 | | | Due to AMI-B | 1,000.00 |
| Check | 11/11/2005 | 2213 | Jan Beynon | -SPLIT- | -539.65 |
| Transfer | 11/12/2005 | | | Fleet -1711 | -750.00 |
| Check | 11/14/2005 | 2215 | David M. Ramsey | Due from Davi... | -4,000.00 |
| Check | 11/14/2005 | | Hannaford | Food | -161.01 |
| Check | 11/14/2005 | | On Line Marketing | Advertising | -12.49 |
| Check | 11/14/2005 | | David M. Ramsey | Due from Davi... | -9.99 |
| Check | 11/14/2005 | | Restaurant | Due from Davi... | -54.52 |
| Check | 11/14/2005 | | Fuel | Fuel | -61.00 |
| Payment | 11/15/2005 | 723 | Cormier, Louise | Accounts Rece... | 3,450.00 |
| Transfer | 11/15/2005 | | | Fleet -1711 | -300.00 |
| Liability Check | 11/16/2005 | 2214 | Bank of America | -SPLIT- | -1,913.82 |
| Deposit | 11/16/2005 | | | -SPLIT- | 6,080.00 |
| **Total Fleet York** | | | | | **3,102.70** |
| **TOTAL** | | | | | **3,102.70** |