UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WHISPERING PINES ESTATE, INC. d/b/a ) | Jointly Administered through |
| THE PINES AT EDGEWOOD CENTRE ) | Case No. 05-56003-MWV |
| ) | |
| Debtor ) | |
| ) | |
| In re: ) | Case No. 05-56004-MWV |
| AMI-BURLINGTON, INC. d/b/a ) | |
| THE ANCHORAGE INN ) | |
| Debtor ) | |

## NOTICE OF APPEAL

Whispering Pines Estates, Inc., the debtor, appeals under 28 U.S.C. §158(a) or (b) from the Order Confirming Chapter 11 Plan (Docket Entry #307) filed by Flash Island, Inc. entered on the 23rd day of October, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Whispering Pines Estates, Inc.
Jennifer Rood, Esq.
Bernstein Shur
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
(603) 623-8700

Flash Island, Inc.
Bill Gannon, Esquire
889 Elm Street
Manchester, NH  03101
(603) 621-0833

R. Carl Anderson, Esq.
SULLOWAY & HOLLIS, PLLC
9 Capitol Street, POB 1256
Concord, NH  03302-1256
(603) 224-2341

Respectfully submitted,

WHISPERING PINES ESTATE INC. d/b/a
THE PINES AT EDGEWOOD CENTRE

AMI-BURLINGTON, INC. d/b/a
THE ANCHORAGE INN

By their Attorneys,

BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: October 27, 2006                By:   /s/ Jennifer Rood
    Jennifer Rood   BNH 01395
    Bernstein Shur
    670 N. Commercial Street, Suite 108
    P.O. Box 1120
    Manchester, NH 03105-1120
    jrood@bssn.com

**CERTIFICATE OF SERVICE**

**VIA "ECF MAIL"**

- R. Carl Anderson     rcanderson@sulloway.com, lrunde@sulloway.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, mdownes@pierceatwood.com;jmanheimer@pierceatwood.com;cmowbray@pierceatwood.com;mpottle@pierceatwood.com;ledelman@pierceatwood.com;mcameron@pierceatwood.com
- Victor W. Dahar     vdahar@epitrustee.com, vdahar@ecf.epiqsystems.com
- Heather Deans Foley     hdfoley@venable.com
- Louise R. Forbes     Louise.R.Forbes@irscounsel.treas.gov, Bankruptcy.Boston@irscounsel.treas.gov
- William S. Gannon     bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com;mjoyce@gannonlawfirm.com
- Bruce A. Harwood     nhbankruptcycourt@sheehan.com, bharwood@sheehan.com,aschultz@sheehan.com,bvenuti@sheehan.com
- Geraldine Karonis     USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov
- Office of the U.S. Trustee     USTPRegion01.MR.ECF@usdoj.gov
- Jennifer Rood     jrood@bernsteinshur.com, arossi@bernsteinshur.com

**"VIA US MAIL"**

City of Portsmouth
1 Junkins Avenue
Portsmouth, NH 03801

Gregory A. Cross
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Dana Kittell
154 North Main Street
St. Albans, VT

Staff Attorney
POB 21126
Philadelphia, PA 19114

Date: October 27, 2006                              /s/ Jennifer Rood
                                                    Jennifer Rood

3