*United States Bankruptcy Court*
*District of New Hampshire*

In re: Whispering Pines Estate, Inc.　　　　　BK. No.: 05-56003 MWV
　　　 DBA the Pines At Edgewood Centre　　 Chapter 11

　　　　　　　　　　　Debtor(s)

**NOTICE TO APPELLANT**

**Notice is given to the Appellant** that the Appellant shall, within 10 days of 10/27/06, the date the appeal was filed, file with the Clerk of the U.S. Bankruptcy Court the following:

1. A designation of items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee;

3. A written request for the transcript to both the court reporter and the clerk where the record designated includes a transcript of any proceeding or a part thereof; and

4. Copies of all documents designated on appeal, per Bankruptcy Rule 8006.

　　　　　　　　　　　　　　　　　　　　George A. Vannah, Clerk

DATE: October 27, 2006　　　　　　　　　By: Mary Jane Coutu
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*Enclosed with this notice is a copy of the case docket for any attorney not filing electronically. Please highlight items designated on the record on this copy and return to the bankruptcy court with your designation and copies of all documents designated.*

*For attorneys filing electronically, please print a copy of the docket and highlight items designated on the record on this copy and return to the bankruptcy court with your designation and copies of all documents designated.*

kam/11.01/orderbk/notice12