UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WHISPERING PINES ESTATE, INC. d/b/a ) | Jointly Administered through |
| THE PINES AT EDGEWOOD CENTRE ) | Case No. 05-56003-MWV |
| ) | |
| Debtor ) | |
| ) | |
| In re: ) | Case No. 05-56004-MWV |
| AMI-BURLINGTON, INC. d/b/a ) | |
| THE ANCHORAGE INN ) | |
| Debtor ) | |

## STATEMENT OF ISSUES ON APPEAL

NOW COMES the Debtor and Appellant herein, Whispering Pines Estates, Inc., through counsel, pursuant to Bankruptcy Rule 8006, and designates the following issues for consideration on appeal:

1. Did the Bankruptcy Court err in confirming the liquidating Chapter 11 Plan filed by Flash Island, Inc. Docket Entry #144, as amended by the Flash Island First Amended Plan of Reorganization dated May 23, 2006, Docket Entry #188 (the Flash Plan), over the objections of both the Debtor and the Internal Revenue Service, when that Plan contained an impermissible "carve out" for the benefit of unsecured creditors, in violation of 11 U.S.C. § 1129(a)(9)(C)?

2. Did the Bankruptcy Court err in confirming the Flash Plan over the objections of the Debtor and the Internal Revenue Service, when said Plan contained an impermissible "carevout" for the benefit of unsecured creditors in violation of the absolute priority rule embodied in 11 U.S.C. § 1129(b) and applicable case law?

3. Did the Bankruptcy Court err in confirming the Flash Plan over the Debtor's objection, when said Plan contained broad releases of the Plan proponent, the Trustee

and their agents, which releases were not affected by the deletion of the releases contained in Section 8.3 of the Flash Plan, in violation of 11 U.S.C. § 1129(a)(3) and applicable case law?

                    Respectfully submitted,

                    WHISPERING PINES ESTATE INC. d/b/a
                    THE PINES AT EDGEWOOD CENTRE

                    AMI-BURLINGTON, INC. d/b/a
                    THE ANCHORAGE INN

                    By their Attorneys,

                    BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: November 6, 2006          By:   /s/ Jennifer Rood
                                        Jennifer Rood   BNH 01395
                                        Bernstein Shur
                                        670 N. Commercial Street, Suite 108
                                        P.O. Box 1120
                                        Manchester, NH 03105-1120
                                        jrood@bssn.com

## **CERTIFICATE OF SERVICE**

**VIA "ECF MAIL"**

- R. Carl Anderson    rcanderson@sulloway.com, lrunde@sulloway.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, mdownes@pierceatwood.com;jmanheimer@pierceatwood.com;cmowbray@pierceatwood.com;mpottle@pierceatwood.com;ledelman@pierceatwood.com;mcameron@pierceatwood.com
- Victor W. Dahar    vdahar@epitrustee.com, vdahar@ecf.epiqsystems.com
- Heather Deans Foley    hdfoley@venable.com
- Louise R. Forbes    Louise.R.Forbes@irscounsel.treas.gov, Bankruptcy.Boston@irscounsel.treas.gov
- William S. Gannon    bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com;mjoyce@gannonlawfirm.com
- Bruce A. Harwood    nhbankruptcycourt@sheehan.com, bharwood@sheehan.com,aschultz@sheehan.com,bvenuti@sheehan.com
- Geraldine Karonis    USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov
- Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
- Jennifer Rood    jrood@bernsteinshur.com, arossi@bernsteinshur.com


Date: November 6, 2006                                 /s/ Jennifer Rood
                                                                          Jennifer Rood

3